**ORIGINAL**

**FILED**

04/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0070

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0070

DAVID SNYDERS,

Plaintiff and Appellant,

v.

PROFESSIONAL PROPERTY MANAGEMENT,

Defendant and Appellee,

FILED

APR 1 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

David Snyders is appealing a February 2, 2022 order denying his appeal from a Missoula County Justice Court decision. The Montana Rules of Appellate Procedure ("M. R. App. P.") set forth specific requirements for the content and format of briefs submitted to this Court to facilitate its review. After reviewing the Appellant's opening brief filed on April 11, 2022, this Court has determined that the brief does not comply with the Rules and must be resubmitted. Snyder must include the following required information:

Under M. R. App. P. 11(6)(b), a cover page with the name of the district court from which the appeal is taken; the name of the judge presiding over the district court proceeding; the name and contact information of the Appellee's attorney; and the title of the brief (i.e., "Appellant's Opening Brief").

Under M. R. Civ. P. 12(1):

· a table of contents with page references ("Table of Contents")

· a table of cases, statutes, and other authorities cited ("Table of Authorities");

· a statement of the issues presented for review ("Statement of Issues");

· a statement of the case, briefly indicating the nature and procedure of the case ("Statement of the Case");

· a statement of the facts with citations to the district court record ("Statement of Facts");

· a statement of the standard of review as to each issue raised, together with a

citation of authority ("Standard of Review");

- a brief summary of the Appellant's argument on appeal ("Summary of Argument");

- an argument stating the Appellant's allegations, and the reasons supporting those allegations, with citations to legal authorities and the record ("Argument"); and

- a short conclusion ("Conclusion").

The Court has a Civil Appellate Handbook that Snyders may consult to assist him in making the needed revisions to the brief and will have the Clerk provide him a copy.

IT IS THEREFORE ORDERED that the signed original and seven copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and seven copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant, together with a copy of this Court's Civil Appellate Handbook, and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this _11_ day of April, 2022.

For the Court,

By_____
Justice

2